940 F.2d 675
 Carr (J.T., Eva, Joey Casey, Kristen, Angelaine) By and
Through Carr (Sheila), Phillips (Ronald Gene, Florine,
Sherry, Ronald, Patricia, Gaylon), Carr (Scottie L.,
Jennifer Vinson), Anderson (Steve), Crunk (Myron), Freeman
(Robert), Gilette (John), Johnson (Keith), Patterson (Jane),
Ray (Marty), White (Harold 'Curtis') Boggans (Mike), Perkins
(Charles), Richey (Richard), Sims (Kent), Whitten
(Clifford), Townsend (Billy), Ford (Charles), Carr (Lonnie),
Bradord (Steve), Parker
 NO. 90-7126
 United States Court of Appeals,
Eleventh Circuit.
 JUL 12, 1991
 N.D.Ala., 934 F.2d 1264
 
 1
 DENIALS OF REHEARING EN BANC.